IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA M. STICKNEY,<br><br>    Plaintiff,<br><br>v.<br><br>INTERNAL REVENUE SERVICE,<br><br>    Defendant.<br>_____/ | No. C 01-03990 CRB<br><br>**ORDER OF DISMISSAL** |

    Pursuant to the Ninth Circuit's March 19, 2008 mandate, this action is DISMISSED for lack of jurisdiction.

**IT IS SO ORDERED.**

Dated: May 2, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2001\3990\dismissal.wpd